PER CURIAM.
Affirmed. See Martyn v. Amold, 36 Fla. 446, 18 So. 791; Gendzier v. Bielecki, Fla. 1957, See: 97 So.2d 604; Exchange National Bank of Tampa v. Hospital and Welfare Board of Hillsborough County, Fla.App.1965, 181 So.2d 9; Balfe v. Gulf Oil Company-Latin America, Fla.App.1964, 293 So.2d 82; Federated Department Stores, Inc. v. Antigo Industries, Inc., Fla.App. 1974, 297 So.2d 591; § 92.36, Fla.Stat. Compare Mastan Company v. American Homes, Inc., Fla.App.1968, 214 So.2d 103.